UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD E. JACKSON,<br><br>   Plaintiff<br><br>v.<br><br>WILLIAM HUTCHINGS, *et al.*,<br><br>   Defendants | Case No. 2:21-cv-01788-GMN-NJK<br><br>ORDER<br><br>(Docket No. 6) |

### I.   DISCUSSION

On March 31, 2022, Plaintiff in this civil rights action filed a motion seeking copies of the exhibits attached to his complaint. Docket No. 6. Plaintiff states that, although he received a copy of his complaint following the entry of this Court's screening order, he did not receive copies of the exhibits to the complaint. *Id.* at 2.

The Court denies Plaintiff's motion without prejudice. In its screening order, the Court directed the Clerk of the Court to send Plaintiff a courtesy copy of his 67-page complaint. Docket No. 4 at 9; Docket No. 4-1. The courtesy copy included both the complaint itself and the ten exhibits Plaintiff submitted with the complaint. Docket No. 4-1. Thus, Plaintiff should have received the exhibits he is now requesting. If Plaintiff did not receive the 67-page document attached to the Court's screening order, he should make that clear in a renewed motion for courtesy copies.

To the extent that Plaintiff is seeking copies of a different set of documents, the Court notes that there is a per page charge for copy work. Copies produced from an electronic format (CM/ECF) are $0.10 per page; copies produced from a physical format are $0.50 per page. An inmate has no constitutional right to free photocopying. *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991). The Court cannot provide free copies even to indigent plaintiffs proceeding *in forma pauperis*, because the *in forma pauperis* statute does not authorize the Court to pay the costs for an indigent litigant's copy requests. 28 U.S.C. § 1915.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's motion for courtesy copies, Docket No. 6, is **DENIED** without prejudice. If Plaintiff seeks copies of documents other than the exhibits submitted with his complaint, he must submit a "Copy and Service Request" form to the Clerk of the Court and pay the appropriate fees. The Clerk of the Court will send Plaintiff a courtesy copy of the "Copy and Service Request" form.

DATED: April 4, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE